IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Linden, husband, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mercury Casualty Company, a California corporation, <br><br> Defendant. | No.  CV17-1979 PHX DGC <br><br> **ORDER** |

The Court has been advised that this case has settled.  Doc. 20.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **August 28, 2017** without further leave of Court.

Dated this 28th day of July, 2017.

_____
David G. Campbell
United States District Judge